ACCEPTED
14-15-00090-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
2/9/2015 12:00:00 AM
CHRISTOPHER PRINE
CLERK

## NO. <u>2013-36599</u>

| | | |
|---|---|---|
| **IN THE MATTER OF** | § | **IN THE DISTRICT COURT** |
| **THE MARRIAGE OF** | § | |
| | § | |
| **SHELIA M. WILLIAMS** | § | **311TH JUDICIAL DISTRICT** |
| **AND** | § | |
| **JEFF D. WILLIAMS** | § | **HARRIS COUNTY, TEXAS** |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
2/9/2015 10:26:00 AM
CHRISTOPHER A. PRINE
Clerk

### NOTICE OF APPEAL

This Notice of Appeal is filed by Jeff D. Williams, Respondent, a party to this proceeding who seeks to alter the trial court's judgment or other appealable order.

1.     The trial court, cause number, and style of this case are as shown in the caption above.

2.     The judgment or order appealed from was signed on October 29th, 2014.

3.     Jeff D. Williams desires to appeal from all portions of the judgment.

4.     This appeal is being taken to either the First or Fourteenth Court of Appeals.

5.     This notice is being filed by Jeff D. Williams.

Respectfully submitted,

WALTER P MAHONEY JR
4915 Holly Avenue
Pasadena, Texas 77503
Tel: (281) 998-9450
Fax: (281) 998-9430

By:/s/Walter P. Mahoney Jr. _____
     Walter P. Mahoney, Jr.
     State Bar No. 12844600
     trip888@aol.com
     Attorney for Jeff D. Williams

## Certificate of Service

I certify that a true copy of this Notice of Appeal was served in accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

Party:  Shelia M. Williams

Lead attorney: David Thornton

Address of service:    at david@thorntonlawfirm.com

Email Address:        dlt@thorntonlawfirm.com

Method of service:    by electronic service

Date of service:  1-20-2015

/s/Walter P. Mahoney Jr.
Walter P. Mahoney, Jr.
Attorney for Respondent